IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.     CASE NO. 1:92-cr-01053-MP-AK

JORGE LUIS ARTEGA-DELGADO,

    Defendant.
_____/

### O R D E R

This matter is before the Court on Doc. 15, Motion to Quash Bench Warrant. A teleconference was held on the motion on September 19, 2008. The Court finds that Defendant has shown good cause for not appearing at the September 4, 2008, hearing on petition alleging violation of supervised release. Accordingly it is hereby

**ORDERED AND ADJUDGED:**

The bench warrant issued on September 4, 2008, is quashed.

The Marshal shall consult with the probation office supervising Defendant, and once the probation office indicates to the Marshal that it has a stable address with appropriate phone contact to release Defendant to, the Marshal shall release Defendant.

Upon release, Defendant shall be subject to the same conditions of release previously imposed.

A hearing on the petition alleging a violation of supervised release is set for October 16, 2008, at 9:30 a.m.

**DONE AND ORDERED** this  *19th*   day of September, 2008

          *s/Maurice M. Paul*
          Maurice M. Paul, Senior District Judge